RECEIVED
AUG 3 1 2010
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| RONALD AKERS | CIVIL ACTION NO. 09-915 |
| VERSUS | JUDGE DOHERTY |
| SHAW ENVIRONMENTAL, INC., ET AL | MAGISTRATE JUDGE HANNA |

CONSOLIDATED WITH

| | |
|---|---|
| DAVID MCGRATH | CIVIL ACTION NO. 09-1110 |
| VERSUS | JUDGE DOHERTY |
| SHAW ENVIRONMENTAL, INC., ET AL | MAGISTRATE JUDGE HANNA |

*JUDGMENT*

This matter was referred to United States Magistrate Judge Patrick J. Hanna for Report and Recommendation. After an independent review of the record and consideration of the objection filed, this Court concludes that the Report and Recommendation of the Magistrate Judge is correct and adopts the findings and conclusions therein as its own.

**IT IS ORDERED, ADJUDGED AND DECREED** that defendants' Rule 12(b)(1) Motion to Dismiss for Lack of Subject Matter Jurisdiction (Rec. Doc. 12) be **DENIED**.

Lafayette, Louisiana, this 31 day of August, 2010.

JUDGE REBECCA F. DOHERTY