UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| **RONALD AKERS** | **CIVIL ACTION NO. 6:09CV0915 (LEAD)** |
| | **6:09CV1110 (MEMBER)** |
| **VERSUS** | **JUDGE DOHERTY** |
| **SHAW ENVIRONMENTAL, et al** | **MAGISTRATE JUDGE HANNA** |

*CONSOLIDATED WITH*

| | |
|---|---|
| **DAVID MCGRATH** | **CIVIL ACTION NO. 6:09CV0915 (LEAD)** |
| | **6:09CV1110 (MEMBER)** |
| **VERSUS** | **JUDGE DOHERTY** |
| **SHAW ENVIRONMENTAL, et al** | **MAGISTRATE JUDGE HANNA** |

### ORDER OF DISMISSAL

WHEREAS Plaintiff, RONALD AKERS, filed a Complaint for Damages with this Honorable Court on or about June 5, 2009, under Civil Action No. 6:09CV0915 [Document 1] through his then counsel of record, Joseph Joy and Plaintiff, DAVID MCGRATH, filed his Complaint for Damages with this Honorable Court on or about July 6, 2009, under Civil Action No. 6:09CV1110 [Document 1] through his then counsel of record, Gordon Schoeffler. Shortly thereafter, these matters were consolidated;

WHEREAS in September, 2011 the parties reached a settlement agreement and advised the Court accordingly;

WHEREAS based upon the above notification, this Honorable Court issued a sixty (60) day Order of Dismissal [Document 76] on September 19, 2011 and was extended by one hundred twenty

(120) days by way of Order dated November 29, 2011 [Doc. 78];

WHEREAS a conflict arose between Plaintiffs and their above stated respective counsel, and as a result thereof, Plaintiffs' respective counsel filed motions to withdraw as counsel of record [Docs. 79, 80, and 81]. These motions were granted on February 23, 2012 [Doc. 82];

WHEREAS the time period for the dismissal as extended by Order dated November 29, 2011 [Doc. 78] has now lapsed, and Plaintiffs have not enrolled new counsel or taken any further action in this matter;

CONSIDERING THE FOREGOING, IT IS HEREBY ORDERED that the above numbered and entitled cause(s) be and the same are hereby dismissed, with prejudice, each party to bear its own costs.

Lafayette, Louisiana, this ___ day of _____, 2012.

 _____
 U.S. DISTRICT JUDGE